# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

LNV CORPORATION,
     Intervenor Plaintiff,

vs.                         CASE NO. 8:08-CIV-1038-T-17-TBM

M/V XERSES
Official Number 689016,
Hull No. HATBG378H485, in rem
     Defendant.
_____/

## ORDER

This cause is before the Court on the intervening plaintiff's motion for default judgment in rem (Docket No. 42). No timely response or opposition was filed. Accordingly, it is

**ORDERED** that the intervening plaintiff's motion for default judgment in rem (Docket No. 42) be **granted** and judgment is entered in the amount of $467,208.74 against M/V XERSES Official Number 689016, Hull No. HATBG378H485, in rem, with interest accruing at the rate of $174.02 daily from February 19, 2009.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 17th day of March, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record