# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LAND'S END MARINA OF TAMPA
BAY, INC.,
    Plaintiff,

vs.                                            CASE NO. 8:08-CIV-1038-T-17-TBM

M/V XERXES, Official
Number 689016, Hull No. HATBG378H485,
*in rem* and, her owner, HOLLIS
CUNNINGHAM, *in personam*,
    Defendants.
                                                /
LNV CORPORATION, as successor in interest
to ANB FINANCIAL N.A.,
    Intervening Plaintiff
vs.

M/V XERXES, Official Number 689016,
Hull No. HATBG378H485, and its
appurtenances, equipment, machinery,
*in rem*, and HOLLIS
CUNNINGHAM, *in personam*,
    Defendants.
                                                /

## ORDER GRANTING MOTION AND DISMISSING CASE

This cause is before the Court on the joint motion for disbursement of proceeds of vessel sale (Docket No. 57). The Court finds the motion persuasive and incorporates it by reference herein. Accordingly, it is

**ORDERED** that joint motion for disbursement of proceeds of vessel sale (Docket No. 57) be **granted** and the Clerk of Court is **directed** to disburse the proceeds of the sale of the defendant vessel as follows: to the United States Marshal the amount of $2,425.41 for fees and costs; to Plaintiff, Land's End Marina of Tampa Bay, Inc. the amount of $55,000.00, to

be mailed to the plaintiff's attorney Anthony J. Cuva; and to the intervening plaintiff, LNV Corporation the balance of the $70,574.59, with any accrued interest, in partial satisfaction of the judgment, to be mailed to the intervening plaintiff's attorney Carl R. Nelson. The Clerk of Court is **further directed** to close this case and to terminate any other pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 5th day of June, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record